In the Matter of HAZEL MARCUS, Appellant. R. H. MACY & CO., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HOTEL WALDORF ASTORIA CORP., Appellant, v. GENE TOWNE, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Accounting of JOSEPH B. STENBUCK, as Executor and Trustee under the Will of FRANK MANKIEWICZ, Deceased. In the Matter of the Accounting of ERNA STENBUCK, as Administratrix C. T. A. of the Estate and Successor Trustee under the Will of FRANK MANKIEWICZ, Deceased. JOSEPH B. STENBUCK, as Executor and Trustee under the Will of FRANK MANKIEWICZ, et al., Appellants; HENRIETTA ASAROW, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HENRI PLESSNER, Respondent, v. CONTINENTAL CASUALTY COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

BANNER MANUFACTURING CO., INC., Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant.— Order entered March 21, 1946, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for an order requiring plaintiff to serve an amended complaint separately stating and numbering the causes of action with respect to each shipment and each bill of lading granted. (See *Upson Co.* v. *Erie Railroad Co.*, 213 App. Div. 262; *Morris & Co.* v. *Southern Express Co.*, 197 App. Div. 930.) Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

LIBBY LEVINE, Respondent, v. JACOB LEVINE, Appellant.— Order unanimously modified by reducing the counsel fee to the sum of $500 and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JOSEPH B. STERN, Appellant, v. HARRY WOLFF, Doing Business under the Name of FINE ART JEWELRY Co., Respondent.— Order, so far as appealed from, unanimously modified by granting an examination as to item 8, with the word "inaccurate" omitted therefrom, and as so modified affirmed, with $20 costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SELF WINDING CLOCK COMPANY, INC., Respondent, v. MICHEL N. YARDENY, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ABRAHAM SCHWARTZ, Respondent, v. SAUL H. BORNSTEIN, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

POPULAR DIGEST PUBLISHING CORP., Respondent, v. WORLD PUBLISHING COMPANY et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of order with notice of entry on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.